

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to September 25, 2015.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
R. Russell Hollenbeck
Wright & Close, L.L.P.
One Riverway, Suite 2200
Houston, TX 77056

Charles Joseph Cain
400 W 15th St., Ste. 900
Austin, TX 78701-1659

Catherine M. Stone
Langley & Banack, Inc.
Trinity Plaza II, suite 900
745 E. Mullberry Avenue
San Antonio, TX 78212